B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>**NORTHERN** DISTRICT OF *ILLINOIS* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Ramirez, Julio H.* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Ramirez, Maria Teresa* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *7584* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *3963* |
| Street Address of Debtor (No. & Street, City, and State):<br>*1712 N. Ashland*<br>*Chicago, IL*<br>ZIPCODE *60622* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*1864 N. Hoyne Ave.*<br>*Chicago, IL*<br>ZIPCODE *60647-5540* |
| County of Residence or of the<br>Principal Place of Business: *Cook* | County of Residence or of the<br>Principal Place of Business: *Cook* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *NOT APPLICABLE* | ZIPCODE |

**Type of Debtor** (Form of organization)
(Check one box.)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/13)                                                                                           FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Julio H. Ramirez and*<br>*Maria Teresa Ramirez* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X   */s/ Michael K. Desmond*   *10/20/2014*<br>     Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)

FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Julio H. Ramirez and*<br>*Maria Teresa Ramirez* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Julio H. Ramirez*
Signature of Debtor

X */s/ Maria Teresa Ramirez*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*10/20/2014*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ Michael K. Desmond*
Signature of Attorney for Debtor(s)

*Michael K. Desmond 6208809*
Printed Name of Attorney for Debtor(s)

*Figliulo & Silverman, P.C.*
Firm Name

*10 South LaSalle St.*
Address

*Suite 3600*

*Chicago, IL  60603*

*312-251-4600*
Telephone Number

*10/20/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Julio H. Ramirez*
  *and*
  *Maria Teresa Ramirez*

Case No. _____

(if known)

_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒  1. Within the 180 days **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

B 1D (Official Form 1, Exhibit D) (12/09)

 

☐    4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

     ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐    Active military duty in a military combat zone.


☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.


**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Julio H. Ramirez*

Date:    *10/20/2014*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Julio H. Ramirez*                                    Case No.
   *and*                                              Chapter   7
   *Maria Teresa Ramirez*

_____
                 Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.

B 1D (Official Form 1, Exhibit D) (12/09)

☐   4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Maria Teresa Ramirez*

Date:   10/20/2014

FORM B6A (Official Form 6A) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,   Case No._____
           Debtor(s)                                                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence - 1864 N. Hoyne Ave., Chicago, IL 60647<br>2 Flat   (Foreclosure Pending 10 CH 41695) | Joint Tenancy | J | $350,000.00 | $350,000.00 |
| 3433 W. Palmer, Chicago, IL (Foreclosure Pending 14 CH 02665 - Surrender)<br>R.E. Taxes sold 7/21/2011 | | H | $550,000.00 | $512,404.67 |
| 27 Lakeside Lane, Fox Lake, IL (Surrender) | | H | $300,000.00 | $300,000.00 |
| 1833 N. Talman Ave., Chicago, IL (Foreclosure Pending 14 CH 02665 - Surrender) | Joint Tenancy | J | $350,000.00 | $350,000.00 |

No continuation sheets attached                                    **TOTAL $**   | 1,550,000.00
                                                                      (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_ ,                Case No. _____
                          Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _None_ | J | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Chase Bank Checking Account xxxx2511 Location: In debtor's possession_ | J | $1,352.56 |
| | | _Chase Bank Checking Acct No.  XXXX0691_ | J | $537.42 |
| | | _$2,180 on hold with JPMorgan Chase Bank - per Citation to Discover Assets, 10 M1 657259 (Judgment entered 12/29/09)  (Account ending 6107)_ | H | $2,180.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Furniture_ | J | $3,000.00 |
| | | _Furs & Jewelry_ | J | $500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _Clothing Location: In debtor's possession_ | J | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _AD&D Insurance Policy - Monumental Life - No Cash Value Spouse Beneficiary_ | H | $0.00 |

Page  1  of  4

B6B (Official Form 6B) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,    Case No. _____
                                    **Debtor(s)**                                                                                 (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| | | American Family Life Insurance $500,000.00 Term - No Cash Value Spouse Beneficiary | H | $0.00 |
| | | American Family Life Insurance $500,000.00 Term - No Cash Value Spouse Beneficiary Location: In debtor's possession | W | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Charles Schwab - Individual IRA Account | H | $4,777.17 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Chicago Premier Realty (C-Corp) 100% Owner | W | Unknown |
| | | Lincoln Transport (Not Operating) | W | $0.00 |
| | | Chicago Premier Mortgage, Inc. d/b/a Loan Processing | W | $0.00 |
| | | Primera Tickets Inc. d/b/a Pimera Tickets - Ticket Broker 100 % Owner | H | Unknown |
| | | R. Builders, Inc. 100% Shareholder (Dissolved) Location: In debtor's possession | H | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Page __2__ of __4__

B6B (Official Form 6B) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_ _____,    Case No. _____
                                    Debtor(s)                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | _Contingent Beneficiary of Life Estate of Father_ | H | _Unknown_ |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | _Liquor License c/o 1637 North, Inc. (1/3 ownership Interest)_ | H | _$0.00_ |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2006 Lexus RX4 (185,000 miles)_ | J | _$8,000.00_ |
| | | _2006 Mercedes ML500 (84,000 miles)_ | H | _$12,000.00_ |
| | | _2007 Cadillac CTS (140,000 miles) Used in Limo Business.   Now used by Brother._ | H | _$7,000.00_ |
| | | _2009 BMW 335i_ | W | _$13,000.00_ |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Computer Laptop_ | H | _$500.00_ |

Page  3  of  4

B6B (Official Form 6B) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,    Case No. _____
                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | *Event Ticket Inventory - Julio Ramirez d/b/a Primera Tickets* *Location: In debtor's possession* | J | *Unknown* |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Tenant Security Deposits* | J | *Unknown* |

Page __4__ of __4__

Total ➡    $53,347.15

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re _Julio H. Ramirez and Maria Teresa Ramirez_ _____,   Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1864 N. Hoyne Ave., Chicago, IL 60647 | 735 ILCS 5/12-901 | $ 30,000.00 | $ 350,000.00 |
| Clothing | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| AD&D Insurance Policy | 735 ILCS 5/12-1001(f) | $ 0.00 | $ 0.00 |
| Life Insurance Policies | 735 ILCS 5/12-1001(f) | $ 0.00 | $ 0.00 |
| Term Insurance | 735 ILCS 5/12-1001(f) | $ 0.00 | $ 0.00 |
| Charles Schwab | 735 ILCS 5/12-1006 | $ 4,777.17 | $ 4,777.17 |
| 2006 Lexus RX4 | 735 ILCS 5/12-1001(b)  
735 ILCS 5/12-1001(c) | $ 4,000.00  
$ 2,400.00 | $ 8,000.00 |
| 2006 Mercedes ML500 | 735 ILCS 5/12-1001(c)  
735 ILCS 5/12-1001(b) | $ 2,400.00  
$ 4,000.00 | $ 12,000.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,   Case No._____
           **Debtor(s)**                                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _XXXXX9545_  Creditor # : 1 BaC Home Loans Servicing LP c/o Pierce & Associates 1 N. Dearborn St., Suite 1300 Chicago IL 60602 | J | 1st Mortgage  1864 N. Hoyne Ave., Chicago, IL 60647 Bank of America v. Julio  Value: $ 350,000.00 | | | | $ 417,000.00 | $ 67,000.00 |
| Account No: _XXXXX9545_  Representing: BaC Home Loans Servicing LP | | Joel Knosher c/o Manley Deas One East Wacker Dr., # 1250 Chicago IL 60601  Value: | | | | | |

_2_ continuation sheets attached

|  | Subtotal $ (Total of this page) | $ 417,000.00 | $ 67,000.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re Julio H. Ramirez and Maria Teresa Ramirez _____,   Case No._____
                        **Debtor(s)**                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *XXXXXX9201*<br><br>*Creditor # : 2*<br>*CCO Mortgage*<br>*P.O. Box 6260*<br>*Chicago IL 60622* | J | *2nd Mortgage*<br><br>*1833 N. Talman Ave., Chicago, IL*<br><br>Value: *$ 350,000.00* | | | | $ 179,138.13 | $ 179,138.13 |
| Account No: *XXXXXX5735*<br><br>*Creditor # : 3*<br>*CitiMortgage*<br>*P.O. Box 6243*<br>*Sioux Falls SD 57117-6243* | J | *1st Mortgage*<br><br>*1833 N. Talman Ave., Chicago, IL*<br><br>Value: *$ 350,000.00* | | | | $ 409,657.48 | $ 59,657.48 |
| Account No: *XXXXXX5735*<br><br>*Representing:*<br><br>*CitiMortgage* | | *Green Tree Servicing*<br>*P.O. Box 6172*<br>*Rapid City SD 57709-6172*<br><br>Value: | | | | | |
| Account No:<br><br>*Creditor # : 4*<br>*FirstMerit Bank N.A.*<br>*Sara Lorber, William J. Factor*<br>*105 W. Madison St., Suite 1500*<br>*Chicago IL 60602* | J | *Judgment Lien*<br><br>*27 Lakeside Lane, Fox Lake, IL*<br><br>Value: *$ 300,000.00* | | | X | $ 717,217.25 | $ 717,217.25 |
| Account No: *XXXXXXXX3847*<br><br>*Creditor # : 5*<br>*FirstMerit Bank, N.A.*<br>*295 FirstMerit Circle*<br>*OPC 805*<br>*Akron OH 44307-2305* | H | *1st Mortgage*<br><br>*3433 W. Palmer, Chicago, IL*<br><br>Value: *$ 550,000.00* | | | | $ 512,404.67 | $ 0.00 |

Sheet no. 1  of 2  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 1,818,417.53   $ 956,012.86

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re Julio H. Ramirez and Maria Teresa Ramirez _____,  Case No._____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: XXXXXXXX3847  Representing:  FirstMerit Bank, N.A. | | Rock Fusco & Connelly, LLC 321 N. Clark St., Suite 2200 Chicago IL 60654  Value: | | | | | |
| Account No: XXXXXXXXXX7105  Creditor # : 6 Gateway One Lending P.O. Box 650004 Dallas TX 75265-0004 | W | Auto Loan  2009 BMW 335i  Value: $ 13,000.00 | | | | $ 12,646.15 | $ 0.00 |
| Account No: XXXXX3654  Creditor # : 7 JPMorgan Chase Bank, N.A. P.O. Box 183205 Columbus OH 43218-2121 | J | 1st Mortgage  27 Lakeside Lane, Fox Lake, IL  Value: $ 300,000.00 | | | | $ 405,028.01 | $ 60,000.00 |
| Account No:  Creditor # : 8 Midland Funding LLC c/o Blitt and Gaines 661 Glenn Ave. Wheeling IL 60090 | W | 03/04/2014  Judgment Lien  1833 N. Talman Ave., Chicago, IL Mem. of Judgment 13 M1 101167  Value: $ 350,000.00 | | | X | $ 21,991.48 | $ 21,991.48 |
| Account No:  Creditor # : 9 RBS Citizens Bank 10561 Telegraph Road VAM360 Glen Allen VA 23059 | J | Value: $ 0.00 | | | X | Unknown | $ 0.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) $ 439,665.64   $ 81,991.48

Total $ (Use only on last page) $ 2,675,083.17   $ 1,105,004.34

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/13)

In re _Julio H. Ramirez and Maria Teresa Ramirez_ _____,   Case No._____
           **Debtor(s)**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

Official Form 6E (04/13) - Cont.

In re  Julio H. Ramirez and Maria Teresa Ramirez                     ,          Case No._____
          **Debtor(s)**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  Taxes and Certain Other Debts Owed to Governmental Units

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 1 Cook County Collector 118 N. Clark Ste 434 Chicago IL 60602 | J | R.E. Taxes Tax Sale 3433 W. Palmer | X | | | Unknown | $ 0.00 | |
| **Account No:** Creditor # : 2 Internal Revenue Service Internal Revenue Service P.O. Box 7346 Philadelphia PA 19101-7346 | J | 2013 Federal Income Tax | | | | $ 1,800.00 | $ 1,800.00 | $ 0.00 |
| **Account No:** Creditor # : 3 Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | J | 2013 Illinois Income Tax | X | | | Unknown | $ 0.00 | |
| **Account No:** | | | | | | | | |
| **Account No:** | | | | | | | | |

Sheet No.  1  of  1  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 1,800.00 | 1,800.00 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 1,800.00 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 1,800.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_____ ,      Case No._____
                                Debtor(s)                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> Alex Borre <br> 3433 W. Palmer St. <br> Chicago IL 60647-3517 | J | | Tenant Lease <br> Tenant Lease - 3433 W. Palmer | X | X | X | Unknown |
| Account No: XXXXX8600 <br> Creditor # : 2 <br> American Express-Blue <br> P.O. Box 981535 <br> El Paso TX 79998 | H | | Account in Arrears <br> BLUE FOR BUSINESS ACCOUNT | | | | $ 3,457.35 |
| Account No: XXXXX4004 <br> Creditor # : 3 <br> American Express-Business Gold <br> P.O. Box 981535 <br> El Paso TX 79998 | H | | Credit Card Purchases | | | | $ 3,491.55 |

___ 8 continuation sheets attached

Subtotal $   $ 6,948.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,          Case No. _____
                                    **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   _XXX1006_ <br> _Creditor # : 4_ <br> _American Express Platinum_ <br> _P.O. Box 0001_ <br> _Los Angeles CA 90096-8000_ | W | _Credit Card Purchases_ | | | | $ 1,439.61 |
| Account No:   _XXX1006_ <br> _Representing:_ <br> _American Express Platinum_ | | _Chicago Premier Realty_ <br> _1864 N. Hoyne_ <br> _Chicago IL 60647-5540_ | | | | |
| Account No:   _XXXXXXXXX0452_ <br> _Creditor # : 5_ <br> _American Financial Credit_ <br> _Services, Inc.-Med Pay Data_ <br> _10333 N. Meridian St., #270_ <br> _Suite 270_ <br> _Indianapolis IN 46290_ | H | _03/2014_ <br> _Collection_ <br> _Creditor:  Medical Payment Data_ <br> _Acct # A100SME100452_ | | | X | $ 66.00 |
| Account No:   _XX4910_ <br> _Creditor # : 6_ <br> _AT&T_ <br> _Bankruptcy Dept._ <br> _P.O. Box 769_ <br> _Arlington, TX 76004_ | W | _03/2014_ <br> _Account in Arrears_ | | | | $ 86.00 |
| Account No: <br> _Creditor # : 7_ <br> _ATI Physical Therapy_ <br> _1300 N. Ashland Ave._ <br> _Suite G_ <br> _Chicago IL 60622_ | H | _Medical Bills_ | | | | $ 357.40 |

Sheet No. __1__ of ____8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,949.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,   Case No._____
   **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 8 <br> Brendan Glunz <br> 3433 W. Palmer St. <br> Chicago IL 60647-3517 | | J | Tenant Lease | X | X | X | Unknown |
| Account No: XXXXXXXX0010 <br> Creditor # : 9 <br> Chase <br> P.O. Box 15153 <br> Wilmington DE 19886-5153 | | H | 09/2014 <br> Credit Card Purchases <br> Account in Dispute; Resolution Pending | | | X | $ 5,181.00 |
| Account No: 0691 <br> Creditor # : 10 <br> Chase - Visa <br> P.O. Box 659754 <br> San Antonio TX 78265-9754 | | J | Credit Card Purchases <br> Visa Credit Card | | | | $ 724.79 |
| Account No: XXXXXXXXXXXX9110 <br> Creditor # : 11 <br> Chase Card Services-Ink <br> P.O. Box 15153 <br> Wilmington DE 19886-5153 | | W | Business Credit Card <br> Credit Card Purchases <br> (Chicago Premier Mortgage) | | | | $ 8,346.74 |
| Account No: XXXXXXXXXXXX0465 <br> Creditor # : 12 <br> Chase Card Services-Slate <br> P.O. Box 15153 <br> Wilmington DE 19886-5153 | | W | Credit Card Purchases <br> Chase-Slate Credit Card Purchases | | | | $ 4,200.00 |

Sheet No. _2_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 18,452.53

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,          Case No. _____
                    **Debtor(s)**                                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _XXXXXXXXX5025_ <br> Creditor # : 13 <br> City of Chicago <br> Dept. of Finance-Water Div <br> P.O. Box 6330 <br> Chicago IL 60680-6330 | | H | 9/25/14 <br> Water Bill Arrearage <br> 3433 W. Palmer St. (Water Bill) | | | | $ 58.90 |
| Account No: <br> Creditor # : 14 <br> City of Chicago <br> c/o Talan & Ktsanes <br> 300 W. Adams, STE 840 <br> Chicago IL 60606 | | H | Citation to Discover <br> Citation to Discover Assets <br> 10 M1 657259 | | | X | $ 1,040.00 |
| Account No: _XXXXXXXXX7301_ <br> Creditor # : 15 <br> City of Chicago <br> Dept. of Finance-Water Div. <br> P.O. Box 6330 <br> Chicago IL 60680-6330 | | H | 9/25/14 <br> Water Bill Arrearage <br> Service address:  1833 N. Talman <br> Ave. (Water Bill) | | | | $ 71.87 |
| Account No: _XXXXXX844L_ <br> Creditor # : 16 <br> City of Chicago <br> Dept. of Finance <br> 121 N. LaSalle St., Room 107A <br> Chicago IL 60602 | | H | 10/3/2013 <br> Collection <br> City of Chicago/Admin. Hearings/ <br> Docket #13DS72844L / Streets & <br> Sanitation | | | X | $ 640.00 |
| Account No: _XXXXXXXXX2894_ <br> Creditor # : 17 <br> City of Chicago <br> Dept. of Finance-Water Div <br> P.O. Box 6330 <br> Chicago IL 60680-6330 | | H | 9/23/14 <br> Water Bill Arrearage <br> Service Address:  1864 N. Hoyne <br> Ave., Chicago | | | | $ 908.09 |

Sheet No. ___3___ of ___8___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,718.86

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Julio H. Ramirez and Maria Teresa Ramirez_ _____ ,          Case No. _____
                                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **XXXXXXX1652** <br> Creditor # : 18 <br> City of Chicago Dept. of Buildings <br> 120 N. Racine Ave. <br> Chicago IL 60607 | | W | 7/9/2013 <br> Building Code Violations <br> City of Chicago, Dept. of Buildings <br> v. Maria Ramirez, NOV # 513 NO 371652 | X | X | X | Unknown |
| Account No: <br> Creditor # : 19 <br> City of Chicago <br> c/o Steve Patton <br> 30 N. LaSalle St, 7th Fl <br> Chicago IL 60602 | | J | Building Code Violations <br> Case No. 13 M1 403454 <br> 1833 N. Talman, Chicago, IL | X | | X | Unknown |
| Account No: **1184** <br> Creditor # : 20 <br> City Wide Rental <br> c/o Harvard Collections <br> 4839 N. Elston Ave. <br> Chicago IL 60630 | | H | 09/2009 <br> Collection <br> 5757 S. Artesian | | | X | $ 375.00 |
| Account No: **258** <br> Creditor # : 21 <br> Columbia House <br> Member Service Center <br> P.O. Box 916400 <br> Rantoul IL 61866-6400 | | H | 01/2014 <br> Acct. in Arrears. <br> Columbia House - Acct. #258 | | | X | $ 122.00 |
| Account No: <br> Creditor # : 22 <br> ComED <br> Attn:  Claims Dept. <br> 3 Lincoln Center <br> Oak Brook IL 60181 | | J | Account in Arrears <br> 5757 S. Artesian | | | | $ 974.00 |

Sheet No. __4__ of ___8__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,471.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,          Case No. _____
                              **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 23 <br> FirstMerit Bank <br> c/o Rock Fusco & Connelly <br> 321 N. Clark St <br> Chicago IL 60654 | | H | Judgment <br> FirstMerit v. Julio Ramirez, et al., 2012 CH 16623 | | | X | $ 83,490.15 |
| Account No: XXXXXXX2665 <br> Creditor # : 24 <br> FirstMerit Bank <br> c/o Rock Fusco & Connelly <br> 321 N. Clark St., #2200 <br> Chicago IL 60654 | | J | Lawsuit - 2014 CH 02665 <br> FirstMerit Bank v. Alexander Eres, Julio Ramirez, Maria Ramirez, 2014 CH 02665 | | | | Unknown |
| Account No: <br> Creditor # : 25 <br> FirstMerit Bank c/o Andrew Eres <br> Stahl Cowen Crowley Addis LLC <br> 55 W. Monroe St., Suite 1200 <br> Chicago IL 60603 | | H | 11/15/2013 <br> Deficiency Judgment <br> First Merit Bank v. Julio Ramirez, et al., <br> 10 CH 47642 | | | X | $ 219,749.87 |
| Account No: <br> Creditor # : 26 <br> Frank Vigilante <br> 3433 W. Palmer St. <br> Chicago IL 60647-3517 | | J | Tenant Lease | X | X | X | Unknown |
| Account No: X0987 <br> Creditor # : 27 <br> Grant & Weber (Med Pay Data) <br> Acct. 00987 <br> 26610 Agoura Rd, Suite 209 <br> Calabasas CA 91302 | | H | 08/2013 <br> Collection <br> Creditor:  Medical Payment Data <br> Acct No.:  00987 | | | X | $ 303.00 |

Sheet No. ___5___ of ___8___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 303,543.02

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Julio H. Ramirez and Maria Teresa Ramirez* _____ ,      Case No. _____

**Debtor(s)**                                                                                        *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*(Continuation Sheet)*

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *X0995*<br><br>*Creditor # : 28*<br>*Grant & Weber*<br>*Acct: Med Pay Data #995*<br>*26610 Agoura Rd, Suite 209*<br>*Calabasas CA 91302* | | H | *10/2013*<br>*Collections*<br>*Creditor:  Medical Payment Data*<br>*Account # 00995* | | | X | $ 3,580.00 |
| Account No:   *XXXXXXXXXXXX6637*<br><br>*Creditor # : 29*<br>*Home Depot Credit Services*<br>*Dept. 32 - 2015966637*<br>*P.O. Box 183175*<br>*Columbus OH 43218-3175* | | H | *09/2014*<br>*Credit Card Purchases*<br>*R Builders Incorporated (Dissolved Company)*<br>*Business Account* | | | | $ 600.00 |
| Account No:   *XXXX2672*<br><br>*Creditor # : 30*<br>*Illinois Collection Service, Inc.*<br>*P.O. Box 1010*<br>*Tinley Park IL 60477-9110* | | H | *Collection Agency*<br>*Collection Agency for Creditor:*<br>*Presence Saints Mary & Elizabeth Medical Center* | | | X | $ 3,580.08 |
| Account No:   *1497*<br><br>*Creditor # : 31*<br>*Illinois Collection Service*<br>*Acct: Med Pay Data #1497*<br>*P.O. Box 1010*<br>*Tinley Park IL 60477* | | H | *04/2013*<br>*Collection*<br>*Creditor:  Medical Payment Data*<br>*Acct. # 1497* | | | X | $ 78.00 |
| Account No:   *1515*<br><br>*Creditor # : 32*<br>*Illinois Collection Service*<br>*Acct: Medical Pay Data #1515*<br>*P.O. Box 1010*<br>*Tinley Park IL 60477-9110* | | H | *08/2014*<br>*Collections*<br>*Submitted to Collections: Creditor:*<br>*Medical Payment Data - Acct # 1515* | | | X | $ 750.00 |

Sheet No.   *6*   of      *8*   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 8,588.08

Total $

*(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related*

B6F (Official Form 6F) (12/07)  - Cont.

In re _Julio H. Ramirez and Maria Teresa Ramirez_____,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _1515_ Representing: Illinois Collection Service | | | Illinois Collection SE Acct #1515 P.O. Box 1010 Tinley Park IL 60477-9110 | | | | |
| Account No: Creditor # : 33 Lehman Brothers Holdings, Inc. 745 Seventh Ave. New York NY 10019 | X | J | Mortgage Loan Purchase Agreement | X | X | X | $ 70,589.59 |
| Account No: _XX7632_ Creditor # : 34 Markoff Law LLC 29 N. Wacker Dr., Suite 550 Chicago IL 60606 | | H | 10/8/2013 Collections Collections for Creditor: City of Chicago, Ref. #543439 | | | X | $ 425.50 |
| Account No: Creditor # : 35 Michael Hahn 1833 N. Talman Ave. Chicago IL 60647-4217 | | J | Lease Month to Month Tenant Lease 1833 N. Talman Security Deposit | X | X | X | Unknown |
| Account No: Creditor # : 36 Neil Cole c/o Grant Blumenthal 180 N. LaSalle St. Ste 3700 Chicago IL 60601 | | W | Neil Cole v. Michael Hahn, Julio Ramirez, Maria T. Ramirez, 2013 L 009427 | X | X | X | Unknown |

Sheet No. _7_ of ___8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 71,015.09

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Julio H. Ramirez and Maria Teresa Ramirez_____ ,          Case No. _____

Debtor(s)

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  Representing:  Neil Cole | | | Blumenthal Law Group PC 180 N. LaSalle Street Chicago IL 60601 | | | | |
| Account No:  XXXXX3258  Creditor # : 37 Peoples Gas 130 E. Randolph St. Chicago IL 60601 | J | | Account in Arrears  5757 S. Artesian | | | | $ 497.00 |
| Account No:  XXXXXXX0040  Creditor # : 38 State Farm Bank Attn: Loan Servicing 310 Price Place Madison WI 53705 | H | | Home Equity Loan Rev 1523 N. Kostner | X | | X | $ 22,122.77 |
| Account No:  Creditor # : 39 Tyson K. Hooser 1833 N. Talman Ave. Chicago IL 60647 | J | | Lease Month to Month Tenant Lease 1833 N. Talman Security Deposit | X | X | X | $ 3,000.00 |
| Account No:  Creditor # : 40 Village of Fox Lake 66 Thillen Dr. Fox Lake IL 60020 | J | | Water Lien 27 Lakeside Lane, Fox Lake Il | | | X | $ 733.10 |

Sheet No. __8__ of ___8___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                           $ 26,352.87

Total $                             $ 441,039.36

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Frank Vigilante_<br>_3433 W. Palmer Ave._<br>_Chicago IL   60647_ | Contract Type: _Lease_<br>Terms: _4/1/14 to 3/31/15 (Monthly Rent:  $2,700)_<br>Beginning date: _3/28/2014_<br>Debtor's Interest: _Lessor_<br>Description: _3433 W. Palmer, Chicago - Residential Lease (No Security Deposit)_<br>_Authorized Occupants:  Frank Vigilante, Alex Borre and Brendan Glunz_<br>_Foreclosure Pending_<br>Buyout Option: |
| _Michael Hahn_<br>_1833 N. Talman_<br>_Chicago IL_ | Contract Type: _Residential lease_<br>Terms: _Month to Month_<br>Beginning date:<br>Debtor's Interest: _Landlord_<br>Description: _Tenant - 1833 N. Talman_<br><br>Buyout Option: |
| _Tyson K Hooser_<br>_1833 N. Talman_<br>_Chicago IL_ | Contract Type: _Residential lease_<br>Terms: _Month to Month_<br>Beginning date:<br>Debtor's Interest: _Landlord_<br>Description: _Tenant - 1833 N. Talman_<br><br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _Julio H. Ramirez and Maria Teresa Ramirez_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Chicago Premier Mortgage, Inc._<br>_4352 W. Fullerton Ave._<br>_Chicago IL   60622_ | _Lehman Brothers Holdings, Inc._<br>_745 Seventh Ave._<br>_New York NY   10019_ |

| Fill in this information to identify your case: | |
|---|---|

| | |
|---|---|
| Debtor 1 | Julio H. Ramirez |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Maria Teresa Ramirez |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN    District of    ILLINOIS |
| Case number (if known) | _____ |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I
===

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | Ticket Broker | Real Estate Broker |
| Employer's name | | Primera Tickets Inc. | Chicago Premier Realty Inc. |
| Employer's address | | 4415 W. Fullerton Ave.<br>Number    Street | 4415 W. Fullerton Ave.<br>Number    Street |
| | | Chicago    IL    60639<br>City    State    ZIP Code | Chicago    IL    60639<br>City    State    ZIP Code |
| How long employed there? | | 2.6 years | Since 2000 |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 2523.75 |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 2523.75 |

Debtor 1   Julio H. Ramirez                                             Case number (if known)_____
           First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................... → 4. | | $ 0.00 | $ 2523.75 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: Debtor Business Expenses | 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. 6. $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ 0.00   $ 2523.75

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 3011.00   $ 0.00

8b. **Interest and dividends**   8b. $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d. $ 0.00   $ 0.00

8e. **Social Security**   8e. $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g. $ 0.00   $ 0.00

8h. **Other monthly income.** Specify: _____   8h. + $ 0.00   + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. $ 3011.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 3,011.00 + $ 2,523.75 = 5534.75

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12. $ 5534.75
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1  Julio H. Ramirez
_____
First Name    Middle Name    Last Name

Debtor 2  Maria Teresa Ramirez
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN _____ District of ILLINOIS

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☑ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

       ☐ No
       ☑ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent.......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 600.00 |
|  | If not included in line 4: |  |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Official Form B 6J                    Schedule J: Your Expenses                    page 1

Debtor 1    Julio H. Ramirez

First Name    Middle Name    Last Name

Case number (if known)_____

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.  $ 0.00

6. **Utilities:**
   - 6a.  Electricity, heat, natural gas    6a.  $ 0.00
   - 6b.  Water, sewer, garbage collection    6b.  $ 110.00
   - 6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.  $ 0.00
   - 6d.  Other. Specify: _____    6d.  $ 0.00

7. **Food and housekeeping supplies**    7.  $ 800.00

8. **Childcare and children's education costs**    8.  $ 0.00

9. **Clothing, laundry, and dry cleaning**    9.  $ 300.00

10. **Personal care products and services**    10.  $ 0.00

11. **Medical and dental expenses**    11.  $ 100.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12.  $ 280.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.  $ 1100.00

14. **Charitable contributions and religious donations**    14.  $ 0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a.  Life insurance    15a.  $ 0.00
    - 15b.  Health insurance    15b.  $ 0.00
    - 15c.  Vehicle insurance    15c.  $ 0.00
    - 15d.  Other insurance. Specify: _____    15d.  $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16.  $ 0.00

17. **Installment or lease payments:**
    - 17a.  Car payments for Vehicle 1    17a.  $ 0.00
    - 17b.  Car payments for Vehicle 2    17b.  $ 0.00
    - 17c.  Other. Specify: _____    17c.  $ 0.00
    - 17d.  Other. Specify: _____    17d.  $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**    18.  $ 0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: mother    19.  $ 200.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a.  Mortgages on other property    20a.  $ 0.00
    - 20b.  Real estate taxes    20b.  $ 0.00
    - 20c.  Property, homeowner's, or renter's insurance    20c.  $ 0.00
    - 20d.  Maintenance, repair, and upkeep expenses    20d.  $ 0.00
    - 20e.  Homeowner's association or condominium dues    20e.  $ 0.00

Debtor 1   Julio H. Ramirez _____   Case number (if known)_____
          First Name   Middle Name   Last Name

21. **Other.** Specify: __Business Expenses, Licenses_____   21.   +$_____280.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                              22.   $_____7271.00

23. **Calculate your monthly net income.**

   23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.   $_____5534.75

   23b.   Copy your monthly expenses from line 22 above.                      23b.   –$_____7271.00

   23c.   Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                            23c.   $_____-1736.25

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.   Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Julio H. Ramirez |
| | First Name   Middle Name   Last Name |
| Debtor 2 | Maria Teresa Ramirez |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: NORTHERN _____ District of ILLINOIS

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☑ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses - Debtor 2

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☑ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**     ☑ No

   Do not list Debtor 1 and Debtor 2.     ☐ Yes. Fill out this information for each dependent..................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Julio H. Ramirez _____    Case number (if known)_____
            First Name   Middle Name    Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 365.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 75.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 300.00 |
| 6d. Other. Specify: _____ | 6d. | $ 100.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 600.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 400.00 |
| 10. **Personal care products and services** | 10. | $ 0.00 |
| 11. **Medical and dental expenses** | 11. | $ 100.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 260.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 500.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 109.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 192.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 500.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:___mother___ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Julio H. Ramirez
First Name    Middle Name    Last Name

Case number (if known) _____

21.  **Other**. Specify: ___Business Expenses, Licenses_____    21.  +$ _____ 0.00

22.  **Your monthly expenses.** Add lines 4 through 21.    
The result is your monthly expenses.    22.  $ _____ 3501.00

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____

23b.  Copy your monthly expenses from line 22 above.    23b.  − $ _____

23c.  Subtract your monthly expenses from your monthly income.    
The result is your *monthly net income*.    23c.  $ _____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.    
☐ Yes.    Explain here:

<u>Primera Tickets Inc.</u>

| | |
|---|---|
| Average Monthly Sales ` | $10,908.00 |
| Average Monthly Cost of Sales | (10,297.00) |
| Average Monthly Profits | $    611.00 |

| | |
|---|---|
| Monthy Rental Income | $2,400.00 |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _Julio H. Ramirez and Maria Teresa Ramirez_____     Case No. _____
                              Debtor                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___26___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _10/20/2014_____          Signature _/s/ Julio H. Ramirez_____
                                                          Julio H. Ramirez

Date: _10/20/2014_____          Signature _/s/ Maria Teresa Ramirez_____
                                                          Maria Teresa Ramirez

                                                    [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                                           Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: *Julio H. Ramirez*          Case No.
    *and*                                    _____
    *Maria Teresa Ramirez*                              (if known)

_____.
                 Debtor

### STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

Year to date:20,190.00              *Wife*
    Last Year:$17,452.00         *2013 Tax Return*
Year before:$35,376.00              *2012 Tax Return*

---

**2. Income other than from employment or operation of business**

None
☒

    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

### 3. Payments to creditors

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| Creditor:Chase  Bank Address: | Monthly | 1,000.00 | |
|---|---|---|---|
| Creditor:American Express Address: | 9/2014 | 3,000.00 | |
| Creditor:Gateway One  Car Payment Address: | Monthly | 500.00 | |

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| FirstMerit Bank, N.A., v. Julio Ramirez, et al., 14 CH 02665 | Commercial Foreclosure 3433 W. Palmer, Chicago | 14 CH 02665 Circuit Court of Cook County | |
| City of Chicago v. 1833 N. Talman Ave., MERS, Julio Ramirez, et al., 2013 M1 403454 | Housing - Building Code Violation | Circuit Court, Cook County | Case Mgmt. Call set for 2/11/15 - Judge Sconza |

B7 - (Official Form 7) (4/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| FirstMerit Bank v. Chicago Premier Mortgage, Inc. 2010 CH 52761 | re: 27 Lakeside Lane Fox Lake, IL | Circuit Court of Cook Couny | Mem. of Judgment against Julio Ramirez for $668,781.65 |
| FirstMerit Bank v. Julio Ramirez, CACH, LLC, et al., 2012 CH 16623 | Commercial Foreclosure 5757 S. Artesian Ave., Chicago, IL | Circuit Court - Cook County | |
| In re: Lehman Brothers Holdings Inc., Ch. 11 08-13555 (SCC) | Mediation Enforcement of Mortage loan purchase agreement between Lehman and Chicago Premier Mortgage Inc. and Assignment Agreement | U.S. Bankruptcy Court, Southern District of New York | ADR Order entered 6/24/14 |
| City of Chicago v. Julio Ramirez, 10 M1-657259 | Citation to Discovery Assets | Circuit Court of Cook County | Judgment entered 12/29/09 $1,040.00 plus costs |
| Maria T. Ramirez v. Julio H. Ramirez, 2014 D 006107 | Dissolution of Marriage | Circuit Court of Cook County, Domestic Relations Division | Summons served 7/3/14; Def. Appearance filed 7/18/14 |
| Neil Cole v. Michael Hahn, Julio Ramirez, Maria T. Ramirez, 2013 L 009427 | Premises Liability 1833 N. Talman, Chicago | Circuit court of Cook County | Case Mgt. Conf. 10/7/14 |
| Midland Funding v. Maria Ramirez, 2013 M1 101167 | Judgment | Circuit Court of Cook County | Judgment entered 3/4/14 |
| City of Chicago, Dept. of Buildings v. Maria Ramirez, NOV # 513NO371652 | Building Code Violations - 1833 N. Talman Ave., Chicago, IL | | |

None  ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name:  FirstMerit Bank, N.A., Address: | | Description:  3433 W. Palmer St., Chicago, IL (Commercial Foreclosure) 14 CH 02665 (Cook County Circuit Court) |
| Name: FirstMerit Bank, N.A. c/o William J. Factor, Ltd. 105 W. Madison St., Suite 1500 Chicago, IL 60602 | 2/3/14 | Memo. of Judgment against Julio Ramirez  (2010 CH 52761) Value:  $668,781.65 Property:  27 Lakeside Lane, Fox Lake, IL |
| Name: Address:5757 S. Artesian | 6/17/13 | Description:  Judicial Sale Value: |
| Name: Address:3501-3503 W. McLean | 01/13/14 | Description: Vacant Land Value: Foreclosure Sale |

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Michael K. Desmond*<br>*Address:*<br>*10 South LaSalle St.*<br>*Suite 3600*<br>*Chicago, IL 60603* | *Date of Payment:*<br>*Payor: Julio H. Ramirez* | *$4,200.00* |

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:Gurnet Sagger*<br>*Address:1616 N.  Montrose*<br>*Relationship: Purchaser* | *9/21/12* | *Property: Short Sale*<br>*Value:195,000.00* |
| *Transferee:Todd Stack*<br>*Address:1523 N. Kostner*<br>*Relationship: Purchaser* | *5/15/13* | *Property:Short Sale*<br>*Value $40,000.00:* |
| *Transferee:Julio Ramierez*<br>*Address:*<br>*Relationship: Debtor* | *9/1/2014* | *Property:Transfered Funds in Charles Schwab Account to IRA*<br>*Value:$4,777.14* |

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:  Citibank*<br>*Address:* | *Account Type and No.:*<br>*Premier*<br>*Final Balance:* | |

· B7 - (Official Form 7) (4/13) ·

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:*    *Chase*<br>*Address:* | *Account Type and No.:*<br>*Premier Mortgage Account*<br>*Final Balance:* | |

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 - (Official Form 7) (4/13)

| None ☒ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| None ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

**18. Nature, location and name of business**

| None ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case |
|---|---|

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Primera Tickets, Inc.* | *ID: 2975* | *4417 W. Fullerton, Chicago, IL 60639* | *Event Ticket Sales* | |
| *Chicago Premier Realty* | *ID:3963* | *4415 W. Fullerton Chicago, Il 60639* | *Realtor* | |

| None ☒ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

B7 - (Official Form 7) (4/13)

_[If completed by an individual or individual and spouse]_

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _10/20/2014_            Signature   _/s/ Julio H. Ramirez_
                             of Debtor

Date  _10/20/2014_            Signature   _/s/ Maria Teresa Ramirez_
                             of Joint Debtor
                             (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Julio H. Ramirez and Maria Teresa Ramirez*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| Creditor's Name :<br><br>*FirstMerit Bank, N.A.* | Describe Property Securing Debt :<br><br>*3433 W. Palmer, Chicago, IL* |
|---|---|

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. *1*

| Lessor's Name:<br><br>*Frank Vigilante* | Describe Leased Property:<br><br>*3433 W. Palmer, Chicago - Residential Lease (No Security Deposit)* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☒ No |
|---|---|---|

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _10/20/2014_          Debtor:   _/s/ Julio H. Ramirez_

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Julio H. Ramirez and Maria Teresa Ramirez*

Case No.
Chapter   7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate.
Attach additional pages if necessary.)

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Gateway One Lending* | *2009 BMW 335i* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

Property No.  *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Midland Funding LLC* | *1833 N. Talman Ave., Chicago, IL* |

Property will be (check one) :

☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes   ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _10/20/2014_       Debtor: _/s/ Maria Teresa Ramirez_

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Julio H. Ramirez and Maria Teresa Ramirez*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *JPMorgan Chase Bank, N.A.* | *27 Lakeside Lane, Fox Lake, IL* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *CitiMortgage* | *1833 N. Talman Ave., Chicago, IL* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

B 8 (Official Form 8) (12/08)

---

Property No.  3

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *FirstMerit Bank N.A.* | *27 Lakeside Lane, Fox Lake, IL* |

Property will be (check one) :

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

---

Property No.  4

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *BaC Home Loans Servicing LP* | *1864 N. Hoyne Ave., Chicago, IL 60647* |

Property will be (check one) :

☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain with Loan Modification*  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

---

Property No.  5

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *CCO Mortgage* | *1833 N. Talman Ave., Chicago, IL* |

Property will be (check one) :

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

· B 8 (Official Form 8) (12/08)

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach
additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt
and/or personal property subject to an unexpired lease.

Date:  10/20/2014              Debtor:  */s/ Julio H. Ramirez*

Date:  10/20/2014              Joint Debtor:  */s/ Maria Teresa Ramirez*

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Julio H. Ramirez*                                Case No.
    *and*                                           Chapter  7
*Maria Teresa Ramirez*

_____ / Debtor

Attorney for Debtor:   *Michael K. Desmond*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)   For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____4,535.00
    b)   Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . $_____0.00
    c)   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____4,535.00

3.   $_____335.00_____ of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
    a)   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)   Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)   Representation of the debtor(s) at the meeting of creditors.

5.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *10/20/2014*                          Respectfully submitted,

                               X */s/ Michael K. Desmond*
        Attorney for Petitioner: *Michael K. Desmond*
                          *Figliulo & Silverman, P.C.*
                          *10 South LaSalle St.*
                          *Suite 3600*
                          *Chicago IL  60603*
                          *312-251-4600*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Julio H. Ramirez*
     *and*
     *Maria Teresa Ramirez*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Michael K. Desmond*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/20/2014*_____

*/s/ Julio H. Ramirez*_____
Debtor

*/s/ Maria Teresa Ramirez*_____
Joint Debtor

Creditor.txt

American Express
Accts ending 8600 & 4004
P.O. Box 981535
El Paso, TX 79998

American Express
Acct ending 1006
P.O. Box 0001
Los Angeles, CA 90096-8000

American Financial Credit Servs. Inc.
Acct ending 0452
Suite 270
10333 N. Meridian St.
Indianapolis, IN 46290

AT&T
Bankruptcy Dept. Acct # xxx4910
P.O. Box 769
Arlington, TX 76004

ATI Physical Therapy
1300 N. Ashland Ave.
Suite G
Chicago, IL 60622

BaC Home Loans Servicing LP
c/o Pierce & Assoc. Acct #181389545
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

Alex Borre
3433 W. Palmer St.
Chicago, IL 60647-3517

Blumenthal Law Group PC
Neil Cole – 2013L009427
180 N. LaSalle St., Suite 3700
Chicago, IL 60601

CCO Mortgage
Acct # xxxx9201
P.O. Box 6260
Chicago, IL 60622

CCO Mortgage
Acct #xxx9201
P.O. Box 2800
Glen Allen, VA 23058

Chase
Accts: 0010, 9110, 0465
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Visa
Acct # ending 0691
P.O. Box 659754
San Antonio, TX 78265-9754

Chicago Premier Mortgage Inc.
4352 W. Fullerton Ave.
Chicago, IL 60622

Creditor.txt

Chicago Premier Realty
Acct # 1006
1864 N. Hoyne
Chicago, IL 60647-5540

CitiMortgage
Acct ending 5735
P.O. Box 6243
Sioux Falls, SD 57117-6243

City of Chicago
c/o Talan & Ktsanes
Suite 840
300 W. Adams St.
Chicago, IL 60606

City of Chicago
Dept. of Fin.-Water #7301, 5025, 2894
P.O. Box 6330
Chicago, IL 60680-6330

City of Chicago
Dept. Finance - Acct xxx844L
121 N. LaSalle St., Room 107A
Chicago, IL 60602

City of Chicago
Dept. of Bldgs - Acct xxx1652
120 N. Racine Ave.
Chicago, IL 60607

City of Chicago
c/o Steve Patton
30 N. LaSalle St., 7th Floor
Chicago, IL 60602

City Wide Rental
c/o Harvard Collections #1184
4839 N. Elston Ave.
Chicago, IL 60630

Columbia House
Member Serv. Ctr. Acct # 258
P.O. Box 916400
Rantoul, IL 61866-6400

ComED
Attn: Claims Dept.
3 Lincoln Center
Oak Brook, IL 60181

Cook County Collector
118 N. Clark St.
Suite 434
Chicago, IL 60602

Dept of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FirstMerit Bank

Creditor.txt

```
c/o Rock Fusco & Connelly
321 N. Clark St., Suite 2200
Chicago, IL 60654

FirstMerit Bank N.A.
c/o Sara Lorber - 10CH52761
William J. Factor
105 W. Madison St., Suite 1500
Chicago, IL 60602

FirstMerit Bank, N.A.
Acct ending 3847
295 FirstMerit Circle
OPC 805
Akron, OH 44307-2305

FirstMerit Bank, N.A.
P.O. Box 148
Akron, OH 44309-0148

Gateway One Lending
Acct ending 7105
P.O. Box 650004
Dallas, TX 75265-0004

Brendan Glunz
3433 W. Palmer St.
Chicago, IL 60647-3517

Grant & Weber (Med Pay Data)
Accts ending 0987 & 0995
26610 Agoura Rd., Suite 209
Calabasas, CA 91302

Green Tree Servicing
Acct ending 5735
P.O. Box 6172
Rapid City, SD 57709-6172

Green Tree Servicing
Acct # 82795160
P.O. Box 7169
Pasadena, CA 91109-7169

Michael Hahn
1833 N. Talman Ave.
Chicago, IL 60647-4217

Tyson K. Hooser
1833 N.  Talman Ave.
Chicago, IL 60647

Home Depot Credit Services
Acct ending 6637
Dept. 32-2015966637
P.O. Box 183175
Columbus, OH 43218-3175

Illinois Collection Services
Accts # 1515 & 2672 & 1497
P.O. Box 1010
Tinley Park, IL 60477-9110
```

Creditor.txt

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

JPMorgan Chase Court Orders & Levies
Acct # 6107
P.O. Box 183164
Columbus, OH 43218-3164

JPMorgan Chase Bank, N.A.
Acct # xxx3654
P.O. Box 183205
Columbus, OH 43218-2121

Lehman Brothers Holdings, Inc.
745 Seventh Ave.
New york, NY 10019

Linda Ktsanes
Re: 10 M1-657259
Talan & Ktsanes
300 W. Adams St., Suite 840
Chicago, IL 60606

Manley Deas & Kochalski
Acct # xxx9545 Joel Knosher
One East Wacker Dr., Suite 1250
Chicago, IL 60601

Markoff Law LLC
Acct. # XX7632
29 N. Wacker Dr., Suite 550
Chicago, IL 60606


Midland Funding LLC
c/o Blitt & Gaines
661 Glenn Ave.
Wheeling, IL 60090

Neil Cole
c/o Blumenthal Law Group
180 N. LaSalle St., Suite 3700
Chicago, IL 60601

Patrick J. Powers
Re: 2014 D 006107
100 N. LaSalle St., Suite 1500
Chicago, IL 60602

Peoples Gas
Acct # xxx3258
130 E. Randolph St.
Chicago, IL 60601

Julio Ramirez
1712 N. Ashland Ave.
Chicago, IL 60622

Maria Teresa Ramirez
1864 N. Hoyne Ave.
Chicag, IL 60647-5540

Creditor.txt

RBS Citizens Bank
VAM360
10561 Telegraph Rd.
Glen Allen, VA 23059

Residential Claims Team
Lehman Brothers Holding Inc.
claims@lehmanholdings.com

Rock Fusco & Connelly LLC
Acct ending 3847 - 14 CH 02665
321 N. Clark St., Suite 2200
Chicago, IL 60654

State Farm Bank
Attn: Loan Servicing Acct: xx0040
310 Price Place
Madison, WI 53705

Stahl Cowen Crowley Addis, LLC
Attn: Andrew Eres-FirstMerit Bank
55 W. Monroe St., Suite 1200
Chiago, IL 60603


Frank Vigilante
3433 W. Palmer St.
Chicago, IL 60647-3517

Village of Fox Lake
66 Thillen Dr.
Fox Lake, IL 60020

Mike Zucker, Proposed Receiver
Peak Properties, LLC
2201 W. Roscoe
Chicago, IL 60618